1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11   FLOYD TUTT,                        )  Case No. CV 10-8384-CJC (SP)
                                        )
12                    Petitioner,       )
                                        )  **ORDER ACCEPTING FINDINGS AND**
13            v.                        )  **RECOMMENDATIONS OF UNITED**
                                        )  **STATES MAGISTRATE JUDGE**
14   TIM V. VIRGA, Warden,              )
                                        )
15                    Respondent.       )
                                        )
16   _____   )
17
18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
19   file, and the Amended Report and Recommendation of the United States Magistrate
20   Judge.  Petitioner has not filed any written Objections to the Report.  The Court
21   accepts the findings and recommendation of the Magistrate Judge.
22          IT IS THEREFORE ORDERED that Judgment be entered denying the
23   Petition and dismissing this action without prejudice.
24
25   DATED:   October 4, 2011          _____
26                                     HONORABLE CORMAC J. CARNEY
                                       UNITED STATES DISTRICT JUDGE
27
28